FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHARTE DASHON KIMBLE,<br><br>Defendant. | No. 4:14-CR-06031-EFS-1<br><br>ORDER GRANTING MOTION TO EXPEDITE AND GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 79, 80** |

    Before the Court are Defendant's Motion to Expedite (ECF No. 80) and Motion to Modify Conditions of Release (ECF No. 79). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the motions.

    Specifically, Defendant requests that the Court strike Special Condition No. 2, requiring that he abide by a 6:00 PM to 6:00 AM curfew, and Special Condition No. 3, subjecting him to GPS location monitoring, to permit him to visit his children in the Seattle area prior to reporting for his jail sentence on

ORDER - 1

January 14, 2020. Defendant's jail sentence relates to a Kittitas County criminal case and will last for four months. ECF No. 79 at 2.

For the reasons set forth in the motion;

**IT IS HEREBY ORDERED:**

1. The Motion to Expedite (**ECF No. 80**) is **GRANTED**.

2. The Motion to Modify Conditions of Release (**ECF No. 79**) is **GRANTED**.

3. The condition set forth in ECF No. 72 requiring Defendant abide by a curfew shall be **STRICKEN**.

4. The condition set forth in ECF No. 72 requiring Defendant participate in GPS location monitoring, shall be **STRICKEN**.

DATED January 7, 2020.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE