PROB 12C
(6/16)

Report Date: March 20, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sharte Dashon Kimble         Case Number: 0980 4:14CR06031-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮, Kennewick, Washington

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Karin J. Immergut, U.S. District Judge
    (transfer of jurisdiction completed 04/21/2023, case number 3:23CR00139-IM-1)

Name of Supervising Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge
    (transfer of jurisdiction completed 08/17/2023, case number 4:14CR06031-EFS-1)

Date of Original Sentence: December 19, 2014

| | |
|---|---|
| Original Offense: | Ct. 1: Possession of a Controlled Substance with Intent to Distribute - Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Ct. 3: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 61 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/08/2020) | Prison - time served (1 day)<br>TSR - 36 months |
| Revocation Sentence:<br>(09/07/2021) | Prison - 21 months<br>TSR - 15 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: 01/11/2023 |
| Defense Attorney: | Jennifer R. Barnes |
| | Date Supervision Expires: 04/10/2024 (tolling) |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 15, 2023 (docketed as a Rule 5 on 06/20/2023, under 2:23MJ00235-JAG (ECF 1-1)).

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime. |

Prob12C
Re: Kimble, Sharte Dashon
March 20, 2024
Page 2

**Supporting Evidence**: Sharte Kimble is considered to be in violation of his term of supervised release by committed a new offense, possession with intent to distribute fentanyl on or about June 15, 2023.

According to the indictment filed for case 4:23CR06021-EFS-1, on or about June 15, 2023, in the Eastern District of Washington, the defendant knowingly possessed with the intent to distribute 400 grams or more of a mixture or substance containing fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

Mr. Kimble pled guilty to the above noted charge on March 12, 2024, acknowledging he possessed approximately 20,283 fentanyl-laced pills.

6    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive devices, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Sharte Kimble is considered to be in violation of his term of supervised release by possessing firearms and ammunition on or about June 15, 2023.

As noted in the plea agreement for case 4:23CR06021-EFS-1, on June 15, 2023, when Mr. Kimble was detained and a search warrant was completed on his vehicle and storage unit, agents located a loaded Glock .380 caliber pistol, which had been reported stolen. Additionally, during the search of a storage unit, agents located hundreds of rounds of various ammunition, multiple firearms including another Glock pistol, a Colt .22 rifle, and a Norinco rifle.

7    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Sharte Kimble is considered to be in violation of his term of supervised release by unlawfully possessing controlled substance, cocaine, on or about June 15, 2023.

As noted in the plea agreement for case 4:23CR06021-EFS-1, on June 15, 2023, when Mr. Kimble was detained and a search warrant was completed on his vehicle and storage unit, agents located a glass jar with baggies of cocaine, determined to be approximately 93.2 grams; and a brick of cocaine, weighing approximately 1,010.8 grams.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violations(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 20, 2024

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C
Re: Kimble, Sharte Dashon
March 20, 2024
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*
Signature of Judicial Officer

March 21, 2024
Date